UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY DONELL ROBINSON, | ) | Case No. CV 06-1055 DDP(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _August 31, 2011_

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE